```
              UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
                    Alexandria Division
```

EGGSPECTATION RESTAURANTS, )
LLC,                       )
                           )
        Plaintiff,         )
                           )
   v.                      )  Civil Action No. 1:07cv583
                           )
HINKLE-ALBERT ENTERPRISES, )
INC.,                      )
                           )
        Defendant.         )

## ORDER

IT APPEARING that the final pretrial conference in this matter is scheduled for November 15, 2007.  It further appearing that discovery in this matter is scheduled to close on November 30, 2007.  It is therefore

ORDERED that the parties will have up to and including December 10, 2007 to file pretrial submissions; it is further

ORDERED that the parties will have up to and including December 14, 2007 to file objections.

ENTERED this 9th day of November, 2007.

```
                              _____/s/_____
                              THERESA CARROLL BUCHANAN
                              UNITED STATES MAGISTRATE JUDGE
```

Alexandria, Virginia